**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EDGAR SANCHEZ-FLORES,

        Defendant.

CASE NO. 11CR2668-BEN

**JUDGMENT OF DISMISSAL**

FILED 11 AUG 19 PM 12: 24

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Information:

    8:1326(a) and (b)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 17, 2011

JOHN P. COONEY
UNITED STATES MAGISTRATE JUDGE